IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Randolph Godfrey** | * | |
| Plaintiff(s) | * | FILED<br>U.S. DISTRICT COURT<br>2003 FEB 20 A 9: 42 |
| vs. | * | Civil No.: S 02-3939<br>AT BALTIMORE |
| **BMI, Inc., et al.** | | |
| Defendant(s) | * | _____ DEPUTY |

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation, it is this _20th_ day of _February_, 2003,

ORDERED that this action be administratively closed subject to being reopened in the event that any party files an objection with the MDL Panel in accordance with the Panel's Rule 12.

                                                 Judge Frederic N. Smalkin
                                               United States District Judge

U.S. District Court (Rev. 12/1999) - Administrative Case Closing

